**Order entered January 10, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01067-CV

### IN RE BRIAN E. VODICKA, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08135**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Relator's October 16, 2019 Motion for Writ Quo Warranto Against Court Reporter Jennifer Jacobs is **DENIED**.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE